PFE/BAJ: Jan. 2026
HBO GJ #11

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ANTONIO JUAN-JUAN** | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
*Forcibly Assaulting A Federal Officer*
**[18 U.S.C. §111(a)(1) & (b)]**

On or about the 13th day of December 2025, in DeKalb County, within the Northern District of Alabama, the defendant,

**ANTONIO JUAN-JUAN,**

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114 – namely, United States Immigration and Customs Enforcement Deportation Officer D.F., who was engaged in his official duties – causing physical contact and inflicting bodily injury, in violation of Title 18, United States Code, Section 111(a)(1) & (b).

A TRUE BILL

<u>      */s/electronic signature*         </u>
FOREPERSON OF THE GRAND JURY

                                        PRIM F. ESCALONA
                                        United States Attorney

                                       <u>   */s/electronic signature*   </u>
                                        BRETT A. JANICH
                                        Assistant United States Attorney